Name and address

BIN LI #223126
LAW OFFICES OF BIN LI
17890 CASTLETON ST. 265
CITY OF INDUSTRY, CA 91748

FILED
CLERK, U.S. DISTRICT COURT
JUN 27 2006
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

LODGED
CLERK, U.S. DISTRICT COURT
JUN 16 2006
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority ___
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| GOLDEN APPLE CORPORATION, a California corporation | CASE NUMBER |
|---|---|
| Plaintiff(s) | CV05 7879 PA (MANx) |
| v. | |
| GENGHIS WHEEL, INC., a California corporation etc. et al. | ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |
| Defendant(s). | |

The Court hereby orders that the request of:

__GENGHIS WHEEL, INC.__   ☐ Plaintiff  ☒ Defendant  ☐ Other _____
Name of Party

to substitute __BIN LI__ who is

☒ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

__17890 CASTLETON ST. 265__
Street Address

__CITY OF INDUSTRY, CA 91748__          __usbinli@sbcglobal.net__
City, State, Zip                                                    E-Mail Address

__626-839-0277__          __626-839-0322__          __223126__
Telephone Number         Fax Number              State Bar Number

as attorney of record in place and stead of __JAMES DOROSHOW__
                                              Present Attorney

is hereby  ☒ GRANTED    ☐ DENIED

Dated __6/24/06__

_____
U. S. District Judge/U.S. Magistrate Judge

**NOTICE TO COUNSEL**: IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.

**PROOF OF SERVICE**

I, Laura Olagues, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is c/o Weston Benshoof Rochefort Rubalcava & MacCuish LLP, 333 South Hope Street, Sixteenth Floor, Los Angeles, California 90071. I am over the age of eighteen years and not a party to the action in which this service is made.

On June 16, 2006, I served the document(s) described as ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY on the interested parties in this action by enclosing the document(s) in a sealed envelope addressed as follows:

SEE ATTACHED SERVICE LIST

☒ BY MAIL: I am "readily familiar" with this firm's practice for the collection and the processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, the correspondence would be deposited with the United States Postal Service at 333 South Hope Street, Los Angeles, California 90071 with postage thereon fully prepaid the same day on which the correspondence was placed for collection and mailing at the firm. Following ordinary business practices, I placed for collection and mailing with the United States Postal Service such envelope at Weston Benshoof Rochefort Rubalcava & MacCuish LLP, 333 South Hope Street, Los Angeles, California 90071.

☐ BY FEDERAL EXPRESS   ☐ UPS NEXT DAY AIR   ☐ OVERNIGHT DELIVERY: I deposited such envelope in a facility regularly maintained by ☐ FEDERAL EXPRESS   ☐ UPS   ☐ Overnight Delivery [specify name of service: ] with delivery fees fully provided for or delivered the envelope to a courier or driver of   ☐ FEDERAL EXPRESS   ☐ UPS   ☐ OVERNIGHT DELIVERY [specify name of service:] authorized to receive documents at Weston Benshoof Rochefort Rubalcava & MacCuish LLP, 333 South Hope Street, Los Angeles, California 90071 with delivery fees fully provided for.

☐ BY FACSIMILE: I telecopied a copy of said document(s) to the following addressee(s) at the following number(s) in accordance with the written confirmation of counsel in this action.

☐ [State]   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ [Federal]   I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 16, 2006, at Los Angeles, California.

*Laura Olagues*
LAURA OLAGUES

**Golden Apple Corporation v. Genghis Wheel, Inc.**
**United States District Court, Central District of California**
**Case No. CV 05-7879 PA (MANx)**

### SERVICE LIST

Jorge Espinosa, Esq.
M. Keith Lipscomb, Esq.
Kluger, Peretz, Kaplan & Berlin, P.L.
201 South Biscayne Boulevard, 17th Floor
Miami, Florida 33131

Dennis G. Martin, Esq.
Willmore F. Holbrow, III, Esq.
Blakely, Sokoloff, Taylor & Zafman.
12400 Wilshire Boulevard, Suite 700
Los Angeles, California 90025-1026

Bin Li, Esq.
Law Offices of Bin Li
17890 Castleton Street
Suite 265
City of Industry, California 91748